UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:04-CV-375\ 1:03-CR-90-02 |
| | ) | *Collier* |
| DEBORAH A. SLOAN | ) | |

### **O R D E R**

The defendant, Deborah Sloan, has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1).

Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading to the motion within forty-five (45) days from entry of this Order. Rule 4 of the Rules Governing Section 2255 Proceedings For The United States District Courts.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER, CHIEF**
**UNITED STATES DISTRICT JUDGE**